Mark J. Bluer, SBN 157071
BLUER & BLUER, LLP
222 Sutter Street, Suite 600
San Francisco, California 94108
Telephone Number: 415-989-1281
Facsimile Number: 415-358-4306
Email: mbluer@bluerlaw.com

Attorneys for Plaintiff REN DIAO

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REN DIAO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAN FRANCISCO NEUROLOGY & SLEEP CENTER, INC., a California Corporation; JOY SHIHUI MENG, M.D.; and DOES 1-10,<br><br>　　　　Defendants. | Case No: 4:15-CV-4139 LB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

　　　　Plaintiff REN DIAO and Defendants SAN FRANCISCO NEUROLOGY AND SLEEP CENTER, INC., a California Corporation, and JOY SHI HUI MENG, M.D. hereby stipulate to the dismissal of this action with prejudice pursuant to Rule 41(1)(A)(2) of the Federal Rules of Civil Procedure.

1

SO STIPULATED,

June 1, 2016          LAW OFFICE OF SUSAN ZEME


                /S/
Susan Zeme,
Attorneys for Defendants,
SAN FRANCISCO NEUROLOGY AND SLEEP
CENTER, INC., a California Corporation, and
JOY SHI HUI MENG, M.D.

June 1, 2016         `     BLUER & BLUER, LLP


                /S/
Mark J. Bluer,
Attorneys for Plaintiff REN DIAO

## [PROPOSED] ORDER

The parties, having entered into the above Stipulation, hereby order the dismissal of this entire action with prejudice.

Dated ____June 6____, 2016

IT IS SO ORDERED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.  4:15-cv-4139 LB
STIP. & [PROPOSED] ORDER OF DISMISSAL